Court of Pennsylvania denied. *William G. Fullerton, pro se.* No appearance for respondent.

No. 442. CAMPISI *v.* UNITED STATES. November 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P. Pearse* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 443. DAVIS *v.* SHELLY ET AL. November 13, 1939. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District of California, denied. *Messrs. Alvin Gerlack* and *Warren E. Miller* for petitioner. No appearance for respondents.

No. 444. NATIONAL CANDY CO. *v.* FEDERAL TRADE COMMISSION;

No. 445. MARCH OF TIME CANDIES, INC. *v.* SAME; and

No. 446. DIETZ GUM CO. ET AL. *v.* SAME. November 13, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Abraham Lowenhaupt* and *Irvin H. Fathchild* for petitioners. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. James C. Wilson, Wilber Stammler,* and *W. T. Kelley* for respondent. Reported below: 104 F. 2d 999.

No. 450. ALTON RAILROAD CO. *v.* JACKSON COUNTY, MISSOURI. November 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles M. Miller* for petitioner. *Mr. John B. Pew* for respondent.